|  |  |
|---|---|
| RED HOUSE MEDICAL BILLING MI LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CHANGE HEALTHCARE, INC. <br><br> *Defendant*. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant Change Healthcare Inc. ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and removes this action from the Circuit Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee. As its reasons for removal, Defendant states:

## BACKGROUND

1.      By Summons and Complaint, Plaintiff Red House Medical Billing MI LLC ("Plaintiff") commenced a civil action against Defendant in the Circuit Court of Davidson County, Tennessee, titled *Red House Medical Billing MI LLC v. Change Healthcare, Inc.*, Case No. 26C525, filed on February 23, 2026 (the "State Court Action"). All processes, pleadings, and orders served upon Defendant in this action to the present date are attached as **Exhibit A**. 28 U.S.C. § 1446(a).[1]

---

[1] The Complaint relates to a cyberattack suffered by Defendant on or about February 21, 2024. Over 150 cases have been brought against Defendant and Defendant's parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendant is filing,

1

2. Defendant was served with the Summons and Complaint in the State Court Action on February 25, 2026. The Complaint did not identify Plaintiff's citizenship and therefore it was not clear from the Complaint whether this matter was removable. As a result, Defendant served discovery requests to determine Plaintiff's citizenship.

3. On July 6, 2026, Defendant received Plaintiff's discovery responses identifying the citizenship of Plaintiff's LLC members for federal jurisdiction purposes. Defendant files this Notice of Removal within thirty (30) days of receiving that paper, which was the first from which it could be ascertained that this case is removable. 28 U.S.C. § 1446(b)(3). A copy of this paper is attached as **Exhibit B**.

4. Attached as **Exhibit C** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

## DIVERSITY JURISDICTION

5. This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332(a).

6. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

7. Plaintiff is a limited liability company. For jurisdictional purposes, a limited liability company has the citizenship of each of its members. *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). Plaintiff's aforementioned discovery responses indicate that Plaintiff's LLC members are citizens of Arizona, Massachusetts, Michigan, and Missouri. The

contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

discovery responses do not indicate that any of Plaintiff's LLC's members are citizens of Delaware or Minnesota. Therefore, Plaintiff is a citizen of Arizona, Massachusetts, Michigan, and Missouri.

8.  Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. For jurisdictional purposes, a corporation is deemed to be a citizen of its state of incorporation and principal place of business. 28 U.S.C. § 1332(c)(1). Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

9.  Because Plaintiff is a citizen of Arizona, Massachusetts, Michigan, and Missouri and Defendant is a citizen of Delaware and Minnesota, complete diversity exists between Plaintiff and Defendant.

10. The Complaint alleges damages of "approximately $600,000," Compl. ¶ 81, which exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

## **REMOVAL TO THIS DISTRICT IS PROPER**

11. This Notice of Removal is being filed in the Middle District of Tennessee, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. § 1391 and 28 U.S.C. §§ 1441(a) and 1446(a).

WHEREFORE, Defendant respectfully requests that the State Court Action be removed and proceed in the United States District Court for the Middle District of Tennessee.

3

Dated: July 7, 2026

Respectfully submitted,

*/s/ E. Todd Presnell*
E. Todd Presnell (BPR 017521)
Jpseph P. Mueller (N.Y. Bar No. 5079389)
Andrew W. Tao (BPR No. 41344)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
T. (615) 252-2355
F. (615) 252-6355
tpresnell@bradley.com
jmueller@bradley.com
atao@bradley.com

*Counsel for Defendant Change Healthcare Inc.*

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing document, which was filed with the Court through the

CM/ECF system, will be sent electronically to the following parties:

> J. Gerard Stranch, IV
> Grayson Wells
> STRANCH, JENNINGS & GARVEY, PLLC
> 223 Rosa L. Parks Ave., Suite 200
> Nashville, TN 37203
> Tel: (615) 254-8801
> gstranch@stranchlaw.com
> gwells@stranchlaw.com
>
> Tracy W. Houck
> LAW OFFICE OF TRACY HOUCK, LLC
> 301 South Bonner Street
> Ruston, LA 71270
> Tel: (318) 255-4066
> Fax: (318) 255-8520
> thouck@suddenlinkmail.com
>
> Landon N. Tooke
> TOOKE LAW, LLC
> 218 Orchard Valley Circle
> Ruston, LA 71270
> Tel: (318) 955-9730
> landon@tookelaw.com

Dated: July 7, 2026

*/s/ E. Todd Presnell*
E. Todd Presnell