# EXHIBIT B

**THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE**
**TWENTIETH JUDICIAL DISTRICT, AT NASHVILLE**

| | |
|---|---|
| RED HOUSE MEDICAL BILLING MI LLC, | Case No. 26C525 |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| CHANGE HEALTHCARE INC., | Judge Lynne T. Ingram |
| Defendant. | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST INTERROGATORY TO PLAINTIFF

Plaintiff Red House Medical Billing LLC ("Plaintiff"), by and through its counsel pursuant to Tennessee Rules of Civil Procedure 26 and 33, hereby responds to Defendant's First Interrogatory to Plaintiff.

Plaintiff has not yet completed the investigation of facts relating to this action, has not completed discovery in this action, and has not yet completed preparation for trial. Consequently, all responses and documents identified herein are based only upon such information presently available and specifically known to Plaintiff, and disclose only that information which is presently known to Plaintiff. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and documents adding meaning to known facts and documents, as well as establish entirely new factual conclusions or legal contentions all of which may lead to substantial additions in, changes in, and variations from the responses and documents served herewith. The following responses are given without prejudice to Plaintiff's rights to produce evidence of any subsequently discovered facts or documents which may later develop. Plaintiff expressly reserves all appropriate objections relating to the admissibility of these responses and the documents identified herein at trial or any other proceeding.

1

# <u>INTERROGATORY</u>

1.  Identify all Members of Plaintiff during the Relevant Period and state the Citizenship of each such Member. For any such Member that is not a natural person or a corporation, also identify each and every member, partner, beneficiary, trustee, or other equity-holder of that Member, and continue identifying the ownership of every such entity in each successive layer of membership or ownership until every ultimate member or owner is identified as either a natural person or a corporation, and for each such ultimate member or owner state the Citizenship of the ultimate member or owner. For avoidance of doubt, the response to this Interrogatory should identify and state the Citizenship of all ultimate members or owners sufficient to ascertain the citizenship of Plaintiff for the purposes of determining federal subject matter jurisdiction.

   **ANSWER:**

**Membership for Red House Medical Billing, LLC**

Jeff Hillam — American, member - MA

Vanessa Boji — American, member - MI

Brittany Gibson — American, member- MO

Linda Carapellese — American, member - AZ

Dated: July 6, 2026

Respectfully Submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR # 23045)
Grayson Wells (BPR # 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254 8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

<span style="text-align:center">2</span>

Tracy W. Houck*
**LAW OFFICE OF TRACY HOUCK, LLC**
301 South Bonner Street
Ruston, LA 71270
Tel: (318) 255-4066
Fax: (318) 255-8520
thouck@suddenlinkmail.com

Landon N. Tooke*
**TOOKE LAW, LLC**
218 Orchard Valley Circle
Ruston, LA 71270
Tel: (318) 955-9730
landon@tookelaw.com

*Pro Hac Vice forthcoming*

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, the foregoing was served via electronic mail on the

following:

E. Todd Presnell (TN BPR 017521)
Andrew W. Tao (BPR 41344)
**BRADLEY ARANT BOULT CUMMINGS, LLP**
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203

*Counsel for Defendant*

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR # 23045)

3

# **VERIFICATION**

STATE OF _Arizona_ )
                  )
COUNTY OF _Maricopa_ )

    I, _Linda Carapellese_ , having been duly sworn, hereby state that the responses to the above Interrogatory is true and correct.



Name: _Linda Carapellese_

Sworn to and subscribed before me this _1st_ day of _July_ , 2026.

Notary Public

My Commission Expires:

_April 11, 2028_

ELIZABETH MENDOZA
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 666010
Expires April 11, 2028

-4-