# EXHIBIT C

**IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE
AT NASHVILLE**

| | |
|---|---|
| RED HOUSE MEDICAL BILLING MI LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CHANGE HEALTHCARE INC.,<br><br>      Defendant. | Case No. 26C525 |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on July 7, 2026, Defendant Change Healthcare Inc. filed in the United States District Court for the Middle District of Tennessee a Notice of Removal. A true and correct copy of the Notice of Removal, including all accompanying exhibits, is attached hereto as **Exhibit A** and is served and filed herewith.

In accordance with 28 U.S.C. § 1446(a), the above-styled action is now removed, and this Court (the Circuit Court of Davidson County) may proceed no further unless the case is remanded.

Dated: July 7, 2026

Respectfully submitted,

*/s/ E. Todd Presnell*
E. Todd Presnell (BPR 017521)
Andrew W. Tao (BPR No. 41344)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
T. (615) 252-2355
F. (615) 252-6355
tpresnell@bradley.com
atao@bradley.com

*Counsel for Defendant Change Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the electronic filing system, will be sent electronically to the following parties:

J. Gerard Stranch, IV
Grayson Wells
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

Tracy W. Houck
LAW OFFICE OF TRACY HOUCK, LLC
301 South Bonner Street
Ruston, LA 71270
Tel: (318) 255-4066
Fax: (318) 255-8520
thouck@suddenlinkmail.com

Landon N. Tooke
TOOKE LAW, LLC
218 Orchard Valley Circle
Ruston, LA 71270
Tel: (318) 955-9730
landon@tookelaw.com

Dated: July 7, 2026

/s/ E. Todd Presnell
E. Todd Presnell